CHIEF JUDGE MARTINEZ

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>　　vs.<br><br>MEDHI GHASSABI,<br><br>　　　　　Defendant. | CR17-273 RSM<br><br>ORDER<br>ORDER GRANTING DEFENDANTS'<br>MOTION TO FILE A BRIEF IN EXCESS<br>OF TWELVE PAGES |

　　　The Court, having reviewed the Motion of the Defendant to File a Brief in Excess of Twelve Pages, hereby states: IT IS HEREBY ORDERED that the Motion is GRANTED. The defendant may file his Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) that does not exceed 18 pages in length.

　　　DATED this 16th day of December, 2020.

　　　_____
　　　RICARDO S. MARTINEZ
　　　CHIEF UNITED STATES DISTRICT JUDGE

-1-

**ORDER**
**(United States v. Ghassabi 17-273 RSM)**

Peter A. Camiel
Camiel & Chaney P.S.
2815 Elliott Avenue, Suite 100
Seattle, Washington 98121
Tel. 206.624-1551
e-mail: petercamiel@yahoo.com