THE HONORABLE CHIEF JUDGE MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR17-123-RSM |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING MOTION TO FILE EXHIBITS UNDER SEAL |
| MEHDI GHASSABI, ) | |
| Defendant. ) | |

Defendant Mehdi Ghassabi's motion to file the medical record exhibits to his motion for compassionate release under seal is granted.

DATED this 16th day of December, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT
JUDGE

Order
(USA v. Ghassabi, CR17-273-RSM )- 1

**PETER A. CAMIEL
CAMIEL & CHANEY P.S.**
520 Pike Street, Suite 2500
Seattle, WA  98101
(206)624-1551