The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MEHDI MALEK GHASSABI,<br><br>Defendant. | NO. 17-CR-273-RSM<br><br>**ORDER GRANTING STIPUATED BRIEFING SCHEDULE** |

This Court, having reviewed the Stipulated Motion of the Parties proposing a briefing schedule for the defendant's motion for reduction in sentence, hereby states that IT IS ORDERED the motion be granted and that the briefing schedule should be as follows:

a. The government's response to the motion should be filed on or before January 14, 2021; and

b. Any reply should then be filed on or before January 21, 2021, and the matter noted for that date.

DATED this 17th day of December, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Vincent T. Lombardi*
VINCENT T. LOMBARDI
Assistant United States Attorney

ORDER SETTING BRIEFING SCHEDULE/
*United States v. Ghassabi,* 17-CR-273-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970